**REISSUED FOR PUBLICATION**

FEB 22 2022

OSM

U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-1777V

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TOMMY E. MARTIN,

          Petitioner,

   v

SECRETARY OF HEALTH AND
HUMAN SERVICES

          Respondent.

Filed: January 24, 2022

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER CONCLUDING PROCEEDINGS

On January 24, 2022, pursuant to Vaccine Rule 21(a), Petitioner filed a notice of voluntary dismissal in the above-captioned case. *See* Notice, dated Jan. 24, 2022 (ECF No. 21).

Respondent has not filed a Rule 4(c) Report in this case, making dismissal appropriate under Rule 21(a)(1)(A). Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

Brian H. Corcoran
Chief Special Master